

## United States District Court
## Eastern District of California

| Earth Island Institute | | Case Number: | 1:22-cv-01132-AWI-SKO |

Plaintiff(s)

V.

Nat'l Park Service, Department of the Interior

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Bridgett Ann Buss** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **Earth Island Institute**

On **10/15/2020** (date), I was admitted to practice and presently in good standing in the **Supreme Court of Oregon** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Earth Island Institute v. Muldoon et al., No. 1:22-CV-000710-AWI-EPG

Application submitted 6/15/2022, application granted 6/17/2022

Date: **9/8/2022**          Signature of Applicant: /s/ **Bridgett Buss**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Bridgett Ann Buss |
| Law Firm Name: | Willamette Law Group |
| Address: | 411 5th Street |
| City: | Oregon City  State: OR  Zip: 97045 |
| Phone Number w/Area Code: | 971-217-9361 |
| City and State of Residence: | Portland Oregon, Oregon |
| Primary E-mail Address: | bridgett@WLGpnw.com |
| Secondary E-mail Address: | bridgett.buss@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Tom Buchele |
| Law Firm Name: | Earthrise Law Center |
| Address: | 10101 S. Terwilliger Blvd. |
| City: | Portland  State: OR  Zip: 97219 |
| Phone Number w/Area Code: | (503) 768-6736   Bar #: CA 129657 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/16/202

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT