UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED STATES NATIONAL PARK SERVICE, *et al.*,<br><br>         Defendant. | Case No.  1:22-cv-01132-AWI-EPG<br><br>ORDER GRANTING JOINT MOTION TO RESCHEDULE DECEMBER 22, 2022, SCHEDULING CONFERENCE<br><br>(ECF No. 13). |

On December 13, 2022, the parties filed a joint motion to reschedule the scheduling conference currently set for December 22, 2022. (ECF No. 13). As grounds for the motion, the parties state that because this is a Freedom of Information Act case,

> [T]he Parties are actively discussing potential timelines for Defendants to produce the relevant responsive documents contested in this case. Defendants in fact provided Plaintiff with an interim, partial response to its July 2022 FOIA request on December 9, 2022. Because further scheduling issues in this case, including scheduling any necessary briefing regarding the merits of Plaintiff's claims depends on the outcome of Defendants' document production, the Parties request the conference be rescheduled for the week of January 30, 2023, or thereafter in order to allow the Parties adequate time to confer and settle on timelines for Defendants to produce responsive documents.

(Id. at 2). For those reasons, the Parties request that the Court reschedule the scheduling conference "no earlier than the week of January 30, 2023." (Id.)

1

Based on the parties' joint motion (ECF No. 13), the Court will GRANT the parties' request. Accordingly, IT IS ORDERED that:

1. The scheduling conference currently set for December 22, 2022, is continued to January 31, 2023, at 11:00 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties shall file a joint status report one full week prior to the conference.

IT IS SO ORDERED.

Dated:  **December 14, 2022**           /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE