UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES NATIONAL PARK SERVICE, *et al.*,<br><br>Defendant. | Case No. 1:22-cv-01132-AWI-EPG<br><br>ORDER GRANTING JOINT MOTION TO RESCHEDULE JANUARY 31, 2023 SCHEDULING CONFERENCE<br><br>(ECF No. 15). |

On January 24, 2023, the parties filed a joint motion to reschedule the scheduling conference currently set for January 31, 2023. (ECF No. 15). As grounds for the motion, the parties provide the following information:

> This is a Freedom of Information Act case regarding Defendants' compliance with Plaintiff's May and July 2022 FOIA requests. Defendants have answered EII's Complaint and the Parties are actively discussing the necessity of further litigation regarding responsive documents in this case.
>
> After this litigation was filed, Defendants provided Plaintiff with a partial response to its July 2022 FOIA request on December 9, 2022. On December 19, 2022, Defendants provided Plaintiff with additional responsive documents and a "Final Release" for the July 2022 request. Just last week, on January 17, 2023, Defendants provided Plaintiff with additional responsive documents and a "Final Release" for the May 2022 request.
>
> Plaintiff requires additional time to review the responsive documents provided in order to determine whether it believes continued litigation is necessary. Addressing scheduling issues in this case, including scheduling any necessary

1

briefing regarding the merits of Plaintiff's claims, depends initially on Plaintiff's determination regarding adequacy of Defendants' recent document production.

(*Id.* at 2). For those reasons, the Parties request that the scheduling conference be reset. (*Id.*)

Based on the parties' joint motion (ECF No. 15), the Court will GRANT the parties' request. Accordingly, IT IS ORDERED that:

1. The scheduling conference currently set for January 31, 2023, is continued to March 22, 2023[1], at 10:30 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties shall file a joint status report one full week prior to the conference.

IT IS SO ORDERED.

Dated:  **January 24, 2023**         /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The parties propose that the scheduling conference be reset to March 16, 2023. (ECF No. 15, p. 2). Because March 16 is unavailable, the Court will hold the conference on March 22, 2023. The parties may jointly email the Court's courtroom deputy, Michelle Rooney, to reschedule if either party is unavailable on this date.