UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES NATIONAL PARK SERVICE, *et al.*,<br><br>        Defendant. | Case No. 1:22-cv-01132-AWI-EPG<br><br>ORDER GRANTING JOINT MOTION TO RESCHEDULE MARCH 22, 2023, SCHEDULING CONFERENCE<br><br>(ECF No. 17). |

      On March 15, 2023, the parties filed a joint motion to reschedule the scheduling conference currently set for March 22, 2023. (ECF No. 17). As grounds for the motion, the parties provide the following information:

> This is a Freedom of Information Act ("FOIA") case regarding Defendants' compliance with Plaintiff's May and July 2022 FOIA requests. Defendants have answered Plaintiff's Complaint and the Parties are actively discussing the necessity of further litigation regarding responsive documents in this case.
>
> After this litigation was filed, Defendants provided Plaintiff with a partial response to its July 2022 FOIA request on December 9, 2022. On December 19, 2022, Defendants provided Plaintiff with additional responsive documents and a "Final Release" for the July 2022 request. On January 17, 2023, Defendants provided Plaintiff with additional responsive documents and a "Final Release" for the May 2022 request.
>
> The Court's January 24, 2023, Order, ECF No. 16, granted the Parties joint motion to reschedule the January 31, 2023, conference so that Plaintiff could review the responsive records Defendants had just produced and the Parties could then confer

regarding how to proceed with this litigation. Plaintiff has now completed its review of the responsive records. On March 13, 2023, Plaintiff sent Defendants a letter requesting Defendants to conduct a supplemental search for additional responsive records.

Defendants require additional time to evaluate Plaintiff's demand for a supplemental search. Addressing scheduling issues in this case, including scheduling any necessary briefing regarding the merits of Plaintiff's claims, depends initially on the adequacy of Defendants' recent document productions and the Defendants' response to Plaintiff's supplemental search request.

(*Id.* at 2-3). For those reasons, the parties request that the scheduling conference be reset to the first week of May. (*Id.* at 3).

Based on the parties' joint motion (ECF No. 17), the Court will GRANT the parties' request. Accordingly, IT IS ORDERED that:

1. The scheduling conference currently set for March 22, 2023, is continued to May 2, 2023, at 10:30 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties shall file a joint status report one full week prior to the conference.

IT IS SO ORDERED.

Dated:  **March 16, 2023**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE