UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES NATIONAL PARK SERVICE, *et al.*,<br><br>　　　　Defendant. | Case No.  1:22-cv-01132-JLT-EPG<br><br>ORDER GRANTING JOINT MOTION TO RESCHEDULE MAY 2, 2023, SCHEDULING CONFERENCE<br><br>(ECF No. 20). |

On April 25, 2023, the parties filed a joint motion to reschedule the scheduling conference currently set for May 2, 2023. (ECF No. 20). As grounds for the motion, the parties provide the following information:

> This is a Freedom of Information Act ("FOIA") case regarding Defendants' compliance with Plaintiff's May and July 2022 FOIA requests. Defendants have answered Plaintiff's Complaint and the Parties are actively discussing the necessity of further litigation regarding responsive documents in this case.
>
> After this litigation was filed, Defendants provided Plaintiff with a partial response to its July 2022 FOIA request on December 9, 2022. On December 19, 2022, Defendants provided Plaintiff with additional responsive documents and a "Final Release" for the July 2022 request. On January 17, 2023, Defendants provided Plaintiff with additional responsive documents and a "Final Release" for the May 2022 request.
>
> The Court's March 16, 2023, Order, ECF No. 18, granted the Parties joint motion to reschedule the March 22, 2023, conference so that Defendants could review and evaluate Plaintiff's demand for a supplemental search. Defendants require

1

additional time to review and evaluate this demand and/or to complete this supplemental search if they determine that such a search is necessary. On April 24th, Plaintiff asked Defendants to reconsider certain redactions from both FOIA productions and Defendants require additional time to consider those requests.

Addressing scheduling issues in this case, including scheduling any necessary briefing regarding the merits of Plaintiff's claims, depends initially on the adequacy of Defendants' document productions and the Defendants' response to Plaintiff's supplemental search request.

(*Id.* at 2-3). For those reasons, the parties request that the scheduling conference be reset to sometime during the week of June 12th. (*Id.* at 3).

Based on the parties' joint motion (ECF No. 20), the Court will GRANT the parties' request. Accordingly, IT IS ORDERED that:

1. The scheduling conference currently set for May 2, 2023, is continued to June 15, 2023, at 10:30 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties shall file a joint status report one full week prior to the conference.

IT IS SO ORDERED.

Dated:   **April 26, 2023**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE

2