UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES NATIONAL PARK SERVICE, *et al.*,<br><br>Defendant. | Case No.  1:22-cv-01132-JLT-EPG<br><br>ORDER GRANTING JOINT MOTION TO RESCHEDULE JUNE 15, 2023, SCHEDULING CONFERENCE<br><br>(ECF No. 22). |

On June 8, 2023, the parties filed a joint motion to reschedule the scheduling conference currently set for June 15, 2023. (ECF No. 22). As grounds for the motion, the parties provide the following information:

> The Court's April 26, 2023, Order, ECF No. 21, granted the Parties' joint motion to reschedule the May 2, 2023, conference so that Defendants could review and evaluate Plaintiff's demand for a supplemental search and Plaintiff's request that Defendants reconsider certain redactions from both FOIA productions. In response to Plaintiff's request, Defendants have conducted supplemental searches for responsive documents. Defendants are in the process of preparing a supplemental release to Plaintiff that will include several hundred pages of records.
>
> Addressing scheduling issues in this case, including scheduling any necessary briefing regarding the merits of Plaintiff's claims, depends initially on the adequacy of Defendants' document productions and the Defendants' response to Plaintiff's supplemental search request. The Parties, therefore, request the scheduling conference be reset for some time during the week of July 31st, or thereafter, to allow Plaintiff adequate time to evaluate Defendants' response to Plaintiff's demands that Defendants conduct a supplemental search and/or

1

reconsider certain redactions. In the alternative, if the Parties are unable to resolve such search issues, they will use the additional time to agree on proposed timelines for any continued litigation.

(*Id.* at pp. 2-3).

Based on the parties' joint motion (ECF No. 22), the Court will GRANT the parties' request. Accordingly, IT IS ORDERED that:

1. The scheduling conference currently set for June 15, 2023, is reset to August 9, 2023, at 10:00 a.m., in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties shall file a joint status report one full week prior to the conference.

IT IS SO ORDERED.

Dated:  **June 9, 2023**                    /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE